Name Antonio Benjamin
Address 500 Hilbig rd
Conroc, TX 77301

United States Courts
Southern District of Texas
FILED

OCT 03 2017

David J. Bradley, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

FOR THE Southern DISTRICT OF Texas

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | Case No. 4:16CR00186-001 |
| Vs. | § | |
| Antonio Rasheed Benjamin, (PAPI P) | § | |
| Defendant. | § | |

### NOTICE OF APPEAL

COMES NOW the Defendant, Antonio Benjamin, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on September 15, 20 17.

Respectfully submitted this 27 day of September, 20 17.

Copy mailed this 27 day of September, 20 17, to each of the following.



Antonio Benjamin #12866479
500 Hilbig Rd
Conroe Tx 77301

THIS LEGAL MAIL HAS
NOT BEEN INSPECTED

Case Manager Rhonda Hawkins
c/o Judge Melinda Harmon
Courtroom 9C, 9th Floor
515 Rusk Avenue
Houston Tx 77002

77002-260569