UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS



OCT 2 0 2017

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA,    )
                             )
                             )
VS.                          )    CASE NO. 4:16-CR-186-1
                             )
                             )
Antonio Benjamin         .   )

## NOTICE OF APPEAL

NOW COMES, the Defendant, Antonio Benjamin pro se, and respectfully gives notice of this claim to appeal to the Fifth Circuit Court of Appeals from the judgment and sentence entered in the above- captioned case.

Defendant also requests the Court to appoint counsel for this appeal.

Respectfully Submitted,

Antonio Benjamin

DEFENDANT